IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS O'LEARY, | 1:06-CV-06-1687 AWI WMW HC |
| Petitioner, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF |
| vs. | APRIL 23, 2007 (Document #8) |
| CALIFORNIA DEPARTMENT, OF CORRECTIONS, | ORDER GRANTING EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Respondent. / | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.§ 2254. On April 23, 2007, Magistrate Judge William M. Wunderlich submitted Findings and Recommendations to United States District Judge Anthony W. Ishii to dismiss petitioner's case for failure to prosecute. Petitioner filed objections on May 10, 2007, and requested an extension of time to submit his application to proceed in forma pauperis, due in part, to the fact Petitioner previously submitted his paper work to the court with the wrong case number.

In light of the fact that petitioner has submitted good cause, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations of April 23, 2007, are VACATED;

2. The Clerk's Office shall send to Petitioner the form for application to proceed in forma pauperis.

3. Petitioner is granted thirty days from the date of service of this order in

which to file his application to proceed in forma pauperis; and

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   June 6, 2007                              /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE