```
                IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA
```

GARY FRANCIS O'LEARY

      Petitioner,               1:06-CV-1687 ALA HC

    vs.

CALIFORNIA DEPARTMENT,
OF CORRECTIONS
      Respondent.          <u>ORDER</u>
_____/

      Respondent has requested an extension of time to file a response to Plaintiff's petition for writ of habeas corpus. Good cause appearing, that request will be granted.

/////

      Therefore, good cause appearing, IT IS HEREBY ORDERED that:

          1. Respondent's January 3, 2008, request for an enlargement of time to file a response is GRANTED; and

          2. Respondent is granted thirty-five (35) days from the date of this order to file a response to Petitioner's petition for writ of habeas corpus.

/////

Dated: January 7, 2008                                /s/ Arthur Alarcón
                                                             UNITED STATES CIRCUIT JUDGE
                                                             Sitting by Designation