IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY FRANCIS O'LEARY,

    Petitioner,           1:06-CV-1687 ALA HC

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,
    Respondent.          <u>ORDER</u>

_____/

    On February 8, 2008, respondent filed a motion to dismiss. The court requests petitioner file a response to that motion prior to issuing a ruling.

    Therefore, IT IS HEREBY ORDERED that petitioner file a response to respondent's February 8, 2008, motion to dismiss within thirty-five (35) days of the date of this order.

/////

Dated: February 11, 2008

                                        /s/ Arthur Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation