IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY FRANCIS O'LEARY

      Petitioner,                  Case No. 1:06-cv-1687 ALA (HC)

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,
      Respondent.                 **ORDER**

_____/

On March 6, 2008, Petitioner filed notice with this Court that his address changed. (doc. 21). In light of this information, this Court grants Petitioner additional time to respond to Respondent's Motion to Dismiss. (doc. 18). This Court also grants Petitioner additional time to file a brief, not exceeding seven (7) pages, discussing any supplemental authority relevant to his petition.

/////

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner file a response to Respondent's Motion to Dismiss no later than May 13, 2008; and

2. Petitioner file a brief regarding supplemental authority relevant to his petition no later than May 20, 2008.

1

1  Dated: April 15, 2008                    /s/ Arthur Alarcón
                                            UNITED STATES CIRCUIT JUDGE
2                                           Sitting by Designation

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26