IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY FRANCIS O'LEARY,

    Petitioner,                    No. 1:06-cv-01687 ALA HC

    vs.

MICHAEL MARTEL, Warden,

    Respondent.[1]                <u>ORDER</u>

_____/

        Gary O'Leary, a state prisoner proceeding pro se, filed an application for habeas corpus relief pursuant to § 2254(a) on October 12, 2006. Petitioner is an inmate currently incarcerated at Mule Creek State Prison, serving an indeterminate state prison sentence of sixteen years.

        Respondent filed a motion to dismiss Petitioner's application on February 8, 2008. (Doc. No. 18). Respondent maintains that the petition should be dismissed without consideration of the merits because it was filed beyond the one-year statute of limitations set forth in 28 U.S.C. §

---

[1] In his motion to dismiss filed on February 8, 2008, James Hartly who is the current Warden of Avenal State Prison, requested that he be substituted as Respondent in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, in place of the predecessor Respondent, California Department of Corrections. The Court subsequently received a notice from Petitioner that he was transferred to Mule Creek State Prison (MCSP). Therefore, the Court will substitute Michael Martel, who is the current Warden at MCSP, as Respondent in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1 2244(d).  On February 12, 2008, the Court issued an order directing Petitioner to file a response
2 in opposition to Respondent's motion to dismiss within 35 days.  (Doc. No. 20).  Petitioner
3 failed to file a response or otherwise comply with the Court's order by the due date.  On March
4 6, 2008 Petitioner filed a notice of change of address, indicating that he had been transferred to
5 MCSP.  (Doc. No. 21).

6 On April 8, 2008, the Court issued an order directing the parties to file briefs, no later
7 than April 24, 2008, discussing any arguments based on supplemental authority that may have a
8 material impact on the case discovered by the parties during the long pendency of the instant
9 petition. (Doc. No. 22).  On April 15, 2008, the Court issued an order directing Petitioner to file
10 a response in opposition to Respondent's motion to dismiss no later than May 13, 2008.  (Doc.
11 No. 25).  Petitioner has failed to respond to or otherwise comply with any of the above-
12 referenced orders.

13 Petitioner is hereby ordered to respond or to otherwise comply with the Court's order
14 directing Petitioner to file a response to Respondent's motion to dismiss no later than August 15,
15 2008.  Failure to comply with this order will result in this action being dismissed for failure to
16 prosecute.

17  /////

18 DATED: August 6, 2008

19 /s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
20 Sitting by Designation