IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY FRANCIS O'LEARY,

    Petitioner,                      No. 1:06-cv-01687 ALA (HC )

    vs.

MICHAEL MARTEL, Warden,

    Respondent.[1]                  ORDER

_____/

    Gary O'Leary, a state prisoner proceeding pro se, filed an application for habeas corpus relief pursuant to § 2254(a) on October 12, 2006. Petitioner is an inmate currently incarcerated at Mule Creek State Prison, serving an indeterminate state prison sentence of sixteen years.

    Respondent filed a motion to dismiss Petitioner's application on February 8, 2008. (Doc. No. 18). On February 12, 2008 and April 15, 2008, the Court issued orders directing Petitioner to file a response in opposition to Respondent's motion to dismiss. (Doc. Nos. 20 and 25).

---

[1] In his motion to dismiss filed on February 8, 2008, James Hartly who is the current Warden of Avenal State Prison, requested that he be substituted as Respondent in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, in place of the predecessor Respondent, California Department of Corrections. The Court subsequently received a notice from Petitioner that he was transferred to Mule Creek State Prison (MCSP). Therefore, the Court will substitute Michael Martel, who is the current Warden at MCSP, as Respondent in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1 Petitioner failed to file a response or otherwise comply with the Court's orders by the due dates.
2 On August 6, 2008, the Court issued another order directing Petitioner to file a response in
3 opposition to Respondent's motion to dismiss no later than August 15, 2008.   (Doc. No. 26).
4 The Court informed Petitioner that failure to comply with the order would result in this action
5 being dismissed for failure to prosecute.  Petitioner has failed to respond to or otherwise comply
6 with the Court's order.

     Accordingly, this action is DISMISSED for failure to prosecute.  The clerk is directed to enter judgment and close the case.

/////

DATED: August 18, 2008

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation